CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 11 2014

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| STEVEN M. JACOBSEN, ) | |
| ) | Civil Action No. 7:13CV00289 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HAROLD W. CLARKE, *et al.*, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |
| ) | |

This matter is before the court on the plaintiff's Motion for Expedited Hearing and Emergency Motion to Enforce the Court's Settlement Order. These motions were referred pursuant to 28 U.S.C. § 636(b)(1) to the Honorable Robert S. Ballou, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that the court deny the plaintiff's motions. In essence, the plaintiff complains that the defendants have violated the parties' settlement agreement because the defendants' Passover diet is "neither 'reasonable' nor 'nutritious'" because of an excessive volume of matzo, hardboiled eggs, and margarine. Passover begins April 14, 2014 this year and, therefore, the court has expedited resolution of the plaintiff's motions and assumes the parties object to the Magistrate Judge's recommendation although the time to do so has not yet passed.

Having reviewed the Magistrate Judge's report, pertinent portions of the record, and the relevant law, the court concludes the Magistrate Judge's report is substantially correct and should be adopted. It is accordingly **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation (Docket No. 39) is **ADOPTED**, the plaintiff's Motion for an Expedited Hearing (Docket No. 31) is **DENIED**; and the plaintiff's Emergency Motion to Enforce the Court's Settlement Order (Docket No. 32) is **DENIED**.

The Clerk is directed to send copies of this order to the parties and to fax the document to Jacobsen.

**ENTER**: This April 11, 2014.

_____
UNITED STATES DISTRICT JUDGE